E-FILED 3/11/15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA OLIVER, an individual<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>L'OCCITANE, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: CV 14-02695-PSG (RZx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Complaint Filed: October 28, 2013 |

　　　Defendant L'Occitane, Inc.'s (hereinafter "Defendant") Motion for Summary Judgment, originally set for hearing on March 2, 2015, was taken under submission by the Court on February 26, 2015.

　　　After considering Defendant's moving papers, Plaintiff Erika Oliver's (hereinafter "Plaintiff") opposition papers, Defendant's reply papers and Plaintiff's supplement providing new authority in opposition to Defendant's Motion for Summary Judgment, and considering all of the other evidence and matters presented to the Court, Defendant's Motion for Summary Judgment was granted by the Court on March 3, 2015.

IT THEREFORE IS ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing by her Complaint, and that the action is fully and finally dismissed on the merits. Judgment is entered on the merits in favor of Defendant and against Plaintiff.

Dated: 3/11/15

PHILIP S. GUTIERREZ

Hon. Philip S. Gutierrez
United States District Judge